UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pseudonym Goddess
Isis10037

__Maureen Miller__
Write the full name of each plaintiff.

____CV_____
(Include case number if one has been assigned)

-against- _for_

__United States (Domestic Terrorism)__
__(including States of New York & New Jersey)__
__11 U.S.C. - Suits Against States__
__Tort Actions Against State Officials__

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

__MaaT__

**COMPLAINT**

Do you want a jury trial?
☒ Yes  ☐ No

__MaaT__

Scales of Justice

"American Black people must be at least half of Jury selection against Defendant for True Balance & Equity"

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

8 U.S.C, Cruel & Unusual Punishment

14 (1) U.S.C, Deprivation of Human Life

13 U.S.C - punishment by 'fraudulently' declaring me as a criminal & crazy in the United States Database

(punishment to 'illegally declare) TO TARNISH GOOD NAME FOR WRITING The Goddess VOL. I & II (expose truth)

### B. If you checked Diversity of Citizenship

a Negroid of a crime he or she becomes state property, (Black Codes)

1. Citizenship of the parties

3/5 of a Person clause in United States Constitution

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

(U.S. violated its own Rule of Law) The United States Constitution

Page 2

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     United States
                 First Name          Last Name

                 Current Job Title (or other identifying information)

                 Current Work Address (or other address where defendant may be served)

                 County, City              State              Zip Code

Defendant 2:
                 First Name          Last Name

                 Current Job Title (or other identifying information)

                 Current Work Address (or other address where defendant may be served)

                 County, City              State              Zip Code

Defendant 3:
                 First Name          Last Name

                 Current Job Title (or other identifying information)

                 Current Work Address (or other address where defendant may be served)

                 County, City              State              Zip Code

Page 4

**Defendant 4:**

_____ _____
First Name                Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____ _____ _____
County, City              State      Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Battery Park in Manhatten, NewYork-NY

Date(s) of occurrence: July 26, 2024

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

A White female Sgt. from The Parks Dept physically walked over to me while I was sitting down after I finished putting up my display (Ancient Egyptian Readings) Tarot-Spiritual Display and demanded that I get up and show her I.D. I asked her WHY? Because I did not commit 'any' crime and NYPD did not even approach me; and they made several arrests' on July 26, 2024 and walked right passed me. So why did this Parks Dept. Sergeant target me, and approach me like that?

(See Attached Emails to: Susan Donoghue Commissior NYC Parks Dept Mayor Eric Adam dated July 29, 2024

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Bruises, and kicked in my thigh, and the Sergeant physically grabbed my Spiritual & Most High Religious Goddess Isis Bracelet Cuff and snatched it off my Arm, and after she did all this to me, she called her uniformed friend approx. 5-6 people who surrounded me as if this was a crime scene

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

$936 Billion Dollars USD dollars in the all American Black form of GOLD BULLION (Reparations) people in addition to 57 Billion Gold Bullion and the states of NY & NJ (LAND) for each year of my life of violation and Depriving me of God Given Right to Life and coming to file this (2) days before my 57th Birthday. (Relief & Restitution ECONOMIC Justice + Land)

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: Aug. 16, 2024

Plaintiff's Signature: [signature]

First Name: Maureen
Middle Initial:
Last Name: Miller

Street Address: 2300 Fifth Ave

County, City: New York
State: NY
Zip Code: 10037

Telephone Number:

Email Address (if available): 1515100037@yahoo.com
contact me in writing

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

Domestic Terrorism - Why was I 'deliberately' and 'racially profiled', targeted and physically assaulted by a Parks Recreational Sergeant named D. Tobin ? - Please see the Attached.

From: Maureen Miller (isis10037@yahoo.com)

To: susan.donoghue@parks.nyc.gov

Cc: mayoreric@cityhall.nyc.gov; swright@cityhall.nyc.gov; mjoshi@cityhall.gov

Bcc: isis10037@yahoo.com

Date: Monday, July 29, 2024 at 03:54 PM EDT

Dear Commissioner Donoghue:

PLEASE SEE THE ATTACHED PDF File entitled 'Parks Dept. I'd like to remedy this 'wrongful' act of discrimination, racial profiling, and 'targeting', as soon as possible, because it Sergeant come up to me and approached me like that and demanded to see I.D.?

Thank you.
Maureen Miller
pseudonym
Goddess Isis 10037


Parks Dept.pdf
1.2MB

**VIA EMAIL**

July 29, 2024

TO:    Susan Donoghue
         Commissioner
         NYC Dept. of Parks Recreations

FROM:  Maureen Miller
           Intellectual 21st Century Scholar, with a
           Finance Degree, and an Applied Science Degree
           Businesswoman, and Author
           Pseudonym Isis10037

**"DOMESTIC TERRORISM"**
**\*(RACISM, PERPETUATED HATRED AND TERRORISM)\***
**BY 'LEGALIZED CRIMINALS' IN UNIFORM, WITH A GUN, AND A BADGE AGAINST 'INDIGENOUS', 'AMERICAN BLACK PEOPLE' WHOSE ANCESTORS 'NEVER' MIGRATED HERE; SOME WERE BROUGHT HERE WITH SACKCLOTH OVER THEIR HEAD & GUNS TO HEAD, IN CHAINS AND "SHACKLES ON THE FEET"**
**AS AMERICAS FIRST POWs**

**Re: Why was I 'targeted' and 'Assaulted' in Battery Park by a Park Recreations Park Officer, named D. Tobin on Friday, July 26, 2024?**

Dear Ms. Donoghue:

Why was I 'approached' by a Sergeant D. Tobin, a Parks Recreational Officer, 'after' I had just finished putting up my 'Ancient Egyptian Display'?

I ask this Question because I was in the park for about a week, (and I do have Video and Audio) with the 'same' Ancient Egyptian Display', and I did 'not' commit any crime, so why did this person 'approach' me like this, and 'demand' that I give her my I.D.?

This person, was 'procedurally wrong', because if I had done anything wrong, why 'didn't NYPD approach me? They were in the park, making 'numerous 'arrests' on Friday, July 26, 2024, and they by passed me, saw my display and 'never' approached me, so why did this person do this to me?

This Parks Recreational Officer claimed that I had a 'problem' with my display, and 'physically attacked' me for 'no' reason. If this were really about my display being on the bench or fence, I could have moved? But this person was insistent upon 'arresting' me, and exerting power and authority over me, why? I do 'not' know this person, and why did she physically come over to me, while I just got to the park, and put up my Posters as an Ancient Egyptian Spiritual Reader, and use a 'jewelry display as props', my display is 'professional' I personally designed it myself, and carried (2) carry-ons, to put it up, and it takes me about (15) minutes to finish, and this person just grabs my arm, and starts assaulting me, 'snatched' my Spiritual Ancient Egyptian Goddess Isis Bangel Bracelet directly off my Arm, and kicked me in the thigh, and she was 'wrong' because there are: **Immigrants in the park selling food, 'without' food sanitary inspection license, which is a health hazard, and did not even have a NYS Vendors license, and are 'not' even citizens to this country, so what was this really about?**

**There were other immigrants, such as Africans, Asians, from other countries selling pocketbooks, hats, artwork, et..., and NYPD 'approached' them and 'arrested' them, and did 'not' even approach me, so why did a Park Recreation Officer, named Sgt. D. Tobin deliberately 'approach' me?**

I was 'alone' by myself '**without**' any witnesses, 'except' tourists, and other immigrants taking pictures and videotaping on their cell phone(s), and 'after' this Parks Recreational Officer, Sergeant D. Tobin, assaulted me, she called (6) of her uniformed friends and/or colleagues over to make it seem as if this was a 'crime' scene, and she cuffed me in front of them, and 'bruised my arm, and her colleagues were egging her on, and 'laughing', 'and damaged' my property, and bagged my property in clear plastic bags in 'front' of the tourists and immigrants who were taking pictures and videotaping. **(Sergeant D. Tobin Cannot lie).**

I'd like to know why did a Parks Recreational Officer do this, because there was a 'homeless' man in the park with 'no' shoes on showing everybody his penis, and 'no one approached him', so this leads me to believe that this was 'personal' and a 'set-up' and/or an 'Order', from someone High-In-Rank with Position and Authority throughout the Hierarchy-in-Chain-of Command.

I can say this because 'no' crime was committed, and the fact 'is' I could have 'moved' if this were really about a fence, or my display being on the bench, and also due to the fact that my Both of my Pocketbooks were cut off with a knife by a 'black male' officer, (I can identify him, and have his picture on my phone), while opening the police car door, upon 'Orders' from Sgt. D. Tobin, seated in the back 'next' to me, and she told him to get her 'I.D. so I can run a background check, and he physically cut the 'strap' off my designer black shoulder cross canvas pouch bag, and also 'damaged' the metal hardware on my across the stomach small designer black pouch bag, now that's (2) pocketbooks destroyed, and 'damaged' my yellow/gold "Ancient Egyptian Palm Reading Poster, and stole my Ancient Egyptian 'eyes' posters with my name and contact numbers on it.

Moreover, Sgt. Tobin 'deliberately 'snatched' and/or 'grabbed' my Goddess Isis Bracelet directly off my arm; this woman had **'no' right to do this to me**, and I want answers, who 'ordered' this and why?

2

My Body is Sacred, I have a Heavenly Divine Body, and No One can Touch me, 'without' My Permission, and this Park Recreational Sergeant 'violated' me, by 'touching my body, by 'snatching' My Goddess Isis Bracelet off my Arm, and intentionally bruise my arm, and then at the 1st Precinct, she had the 'audacity' to ask to 'search' me, I said, "NO", and told the Sergeant of that NYPD Precinct.

Why did this person want to get close to my body? Why did she want to take something 'persona' directly off my body? Like my Goddess Isis Bracelet? For What Reason and Purpose?

I ask this question because I work with 'energy' and perhaps this young woman wanted my 'energy' off my bracelet.

I inquire about all of this because NYPD did 'not' even approach me, and they made 'multiple' arrests that day, so why did a Park Recreational Sergeant approach me like that?

<u>In hindsight, I wonder if it had to do with an old white man, walking with a wagon, 'looking' at my 'Ancient Egyptian Display', and Yelling at me, saying that he 'owns the park', and he's going to cut my f*****g Egyptian Art with the Scissors, if I don't take it off his fence!</u>

<u>Now, All United States Parks 'are' Federal. Battery Park is 'not' private property, it 'is' open to the public, and it is 'not' Private Property, because if it were there would 'no' tourists, no vendors, immigrants, nor the 'public'.</u>

In closing, I want 'all' of my 'damaged' and 'stolen' property, including my money to be 'reimbursed', and for '**Public Humiliation**', **Assault** & <u>Battery</u>, and for being in a **Holding Cell at the 1st Precinct for approximately 3-4 hours for 'no' reason** because there was **'no'** crime committed, **'no' commerce' was done, because I had just gotten to the park**, which can be (proven by the time I used my MetroCard), and the (time of being at the 1st Precinct); I had just finished putting up my display, and has always used the 'same' display the other day, so what is this really about? Why did this Sergeant Recreational Officer, names D. Tobin, approached me right 'after' I finished putting up my display, with such 'brutal force' for other reason than being a Well Educated, Beautiful, Indigenous American Black Woman with Knowledge of my Ancient Egyptian Ancestry and Image of Self.

Thank you.
Maureen Miller
Email: Isis10037@yahoo.com


cc: Mayor Eric Adams
    Ms. Wright
    M. Josh

3