UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAUREEN MILLER,<br><br>                    Plaintiff,<br><br>          -against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | 24 CIVIL 6532 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 3, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   June 4, 2025
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge